

# Fourth Court of Appeals
## San Antonio, Texas

June 3, 2022

No. 04-22-00325-CV

**IN RE** Christina **REID**

Original Mandamus Proceeding[1]

# O R D E R

Sitting:      Patricia O. Alvarez, Justice
              Irene Rios, Justice
              Lori I. Valenzuela, Justice

On May 31, 2022, relator filed a petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real party in interest may file a response to the petition in this court **no later than June 21, 2022.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on June 3, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT

---

[1] This proceeding arises out of Cause No. 2020-CI-18954, styled *Patrick Couch vs. Christina Reid-Couch*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Martha Tanner presiding.